# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID HATCHIGIAN,** *Plaintiff*, | : : : |
| v. | : :  CIVIL ACTION NO. 22-2866 |
| **SKLAR LAW, LLC,** *et al.*, *Defendants*. | : : : |

## O R D E R

**AND NOW,** this **10th** day of **November 2022**, upon consideration of Defendant's Motion to Dismiss and for Injunctive Relief (ECF No. 7) and Plaintiff's Response in Opposition (ECF No. 12), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum:

1. Defendant's Motion to Dismiss is **GRANTED** and the Complaint (ECF No. 1) will be dismissed, with prejudice, in its entirety; and

2. Defendant's Motion for Injunctive Relief is **DENIED**.

The Clerk of the Court is hereby **ORDERED** to close the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**